IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWIN ROMERO | : | |
|     Petitioner, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 08-0528 |
| | : | |
| JEFFREY BEARD, COMMISSIONER, | : | THIS IS A CAPITAL CASE |
| ET AL., | : | |
|     Respondents. | : | |

## ORDER

**AND NOW**, this ____ day of August, 2011, upon consideration of Petitioner's Motion for Discovery (Doc. 20), Respondents' Response in Opposition thereto (Doc. 23), and Petitioner's Reply (Doc. 27), **IT IS HEREBY ORDERED AND DECREED** that Petitioner's Motion is granted in part and denied in part as follows:

1. Petitioner's request for discovery of the complete Lehigh County Police investigation file is **DENIED**;

2. Petitioner's request for discovery of the results of any and all forensic examinations is **DENIED**;

3. Petitioner's request for discovery of any video or audio tapes of the interrogation of suspects and informants is **DENIED**;

4. Petitioner's request for discovery of the results of any and all polygraph examinations of cooperating defendants Barbosa and Moreno is **GRANTED**;

5. Petitioner's request for discovery of any and all statements, reports, notes, memoranda, writings, transcripts or recordings regarding Moreno's interrogation is **GRANTED**.

                                                                    **BY THE COURT:**

                                                                      /s/ Petrese B. Tucker

                                                                      _____
                                                                     **Hon. Petrese B. Tucker, U.S.D.J.**